United States District Court
Southern District of Texas
**ENTERED**
January 07, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DIEKTRICH MORGAN, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-cv-02555 |
| § | |
| KILOLO KIJAKAZI, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On March 23, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 11. Judge Edison filed a Memorandum and Recommendation on December 23, 2021, recommending that Morgan's motion for summary judgment be **GRANTED**, and the Commissioner's motion for summary judgment be **DENIED**. *See* Dkt. 16.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 16) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Morgan's motion for summary judgment (Dkt. 13) is **GRANTED**, and the Commissioner's motion for summary judgment (Dkt. 14) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 7th day of January 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE